

NUMBER 13-13-00047-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**HR MECHANICAL, LLC,**                                           **APPELLANT,**

**v.**

**KRR1 CONSTRUCTION, LLC,**                                  **APPELLEE.**

### On appeal from the 60th District Court of Jefferson County, Texas.

# MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Rodriguez and Garza
### Memorandum Opinion Per Curiam

Appellant, HR Mechanical, LLC, perfected an appeal from a judgment entered by the 60th District Court of Jefferson County, Texas, in cause number B-184,607.[1] This appeal was abated by this Court on February 27, 2013, and the parties were ordered to

---

[1] This case is before the Court on transfer from the Ninth Court of Appeals in Beaumont pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001 (West 2005).

mediation.   This cause is now before the Court on a joint motion to dismiss the appeal on grounds that the case settled at mediation.   The parties request that this Court dismiss the appeal.   Accordingly, this appeal is hereby REINSTATED.

The Court, having considered the documents on file and the joint motion to dismiss, is of the opinion that the motion should be granted.   *See* TEX. R. APP. P. 42.1(a). The joint motion to dismiss is granted, and the appeal is hereby DISMISSED.   In accordance with the agreement of the parties, costs are taxed against the party incurring same.   *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").   Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.


PER CURIAM

Delivered and filed the
31st day of Octoebr, 2013.


2